UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL CARREON, ON BEHALF OF HIMSELF AND ALL
OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

BEM BOLADO FOOD CORP, BARDOLINO'S RESTAURANT CORP.
VALBER ROQUE JUNIOR

Defendant(s)
Respondent(s)

INDEX #:
07 CV 3633
DATE FILED:
05/08/2007

JUDGE:
SWAIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/25/2007, 01:23PM at 1660 3RD AVENUE, NEW YORK NY 10028, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on VALBER ROQUE JUNIOR, a defendant in the above action.

By delivering a true copy thereof to and leaving with NICOLE SOBRADO/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O ECCO-LA RESTAURANT

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 05/26/2007 addressed to defendant VALBER ROQUE JUNIOR at C/O ECCO-LA RESTAURANT 1660 3RD AVENUE, NEW YORK NY 10028 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 23    Approximate height 5'06"    Approximate weight 128    Color of skin WHITE    Color of hair BLONDE

NICOLE SOBRADO told the deponent that VALBER ROQUE JUNIOR was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY 10038
(212)897-5859

*Tony Conigliaro*
TONY CONIGLIARO  License # 1220476

Sworn to before me on 05/26/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726