# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL CARREON, ON BEHALF OF HIMSELF AND ALL
OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

BEM BOLADO FOOD CORP, BARDOLINO'S RESTAURANT CORP.
VALBER ROQUE JUNIOR

Defendant(s)
Respondent(s)

INDEX #:
07 CV 3633
DATE FILED:
05/08/2007

JUDGE:
SWAIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss.

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/25/2007, 02:00PM at 2049 SECOND AVENUE, NEW YORK NY 10029, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on BEM BOLADO FOOD CORP, a defendant in the above action

By delivering to and leaving with WALTER CIDES DE PAIVA, JR. at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 40    Approximate height 5'07"    Approximate weight 190    Color of skin WHITE    Color of hair BLOND
Other ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY 10038
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 05/26/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726