UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL CARREO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED
**Plaintiff**

-v-

BEM BOLADO FOOD CORP, BARDOLINO'S RESTAURANT CORP AND VALBER ROQUE JUNIOR
**Defendant**

Case No. 07CV 3633

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___DEFENDANTS___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 6/29/07

S/WILLIAM MCCULLOH
**Signature of Attorney**

**Attorney Bar Code:** 3925203

Form Rule7_1.pdf