UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**RAFAEL CARREON, on behalf of himself
and all other persons similiarly situated,**

                **Plaintiff ,**        Index No: 07CV-3633

   **-against-**

                              **VERIFICATION**

**BEM BOLANDO FOOD CORP., et al.**

                **Defendants,**
------------------------------------------------------------X
STATE OF NEW YORK: COUNTY OF NEW YORK.:

    VALBER ROQUE JUNIOR, being first duly sworn deposes and says that:

    I am the defendant and President of the defendant corporations named in the above-titled action.

    I have read and been read the foregoing VERIFIED ANSWER and know the contents thereof and the same to be true to my own knowledge, except as to those matters said to be alleged upon information and belief, and as to those matters, I believe them to be true and accurate .

                                                s/Valber Roque Jr
                                               VALBER ROQUE JUNIOR

Sworn before me on the
  29th  Day of June 2007

s/William McCulloh
Notary Public