UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAFAEL CARREON, on behalf of himself
and all other persons similarly situated

                                Plaintiff,        AFFIDAVIT OF SERVICE

        -against-

                                                    Index No.: 07CV 3633

BEM BOLADO FOOD CORP., BARDOLINO'S
RESTAURANT CORP AND VALBER ROQUE JUNIOR,

                                Defendant.

-----------------------------------------------------------x

STATE OF NEW YORK )
                         ) ss.:
COUNTY OF SUFFOLK)

      Ginenne M. Pugliese, being duly sworn, deposes and says:

      I am not a party of this action, am over 18 years of age and reside at West Babylon, New York.

      On the 29th day of June 2007, I served the within Verified Answer upon:

  JUSTIN A. ZELER, Esq.
  222 Broadway, 19th Floor
  New York, NY 10038

the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                    S/Ginenne M. Pugliese
                                                     Ginenne M. Pugliese

Sworn to before me this

 29th   day of June 2007.

s/William C. McCulloh
Notary Public