USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Carreon

Plaintiffs,

-v-

Bem Bolado Foods

Defendant.

---

LAURA TAYLOR SWAIN, District Judge

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

07 Civ. 3633 (LTS)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

____________________

____________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:__________

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:__________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:__________

____________________

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
August 22, 2007

LAURA TAYLOR SWAIN
United States District Judge