09/05/2007  12:13  6314221559          MCCULLOH & WEISS                    PAGE 01/02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RAFAEL CARREON, Individually and on Behalf
of All Other Persons Similarly Situated,

                      Plaintiffs,

       -against-

BEM BOLADO FOOD CORP, a New York
corporation, BARDOLINO'S RESTAURANT
CORP., a New York corporation,
ANHANGUERA FOOD CORP., a New York
Corporation, and VALBER ROQUE JUNIOR,
Jointly and severally,

                      Defendants.
------------------------------------------------------X

**STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE AMENDED COMPLAINT**

07 CV 3633
(LTS) (KNF)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED, AND ORDERED AS FOLLOWS:

1. Plaintiff is hereby permitted to filed the attached Amended Complaint, adding ANHANGUERA FOOD CORP as a Defendant, adding a cause of action for unpaid minimum wages, and adding a cause of action for unpaid spread of hours wages; and

2. Counsel for Defendant agrees to accept service of the Amended Complaint for all Defendants.

THE LAW OFFICE OF
JUSTIN A. ZELLER, P.C.

_____
Justin A. Zeller (JZ 7094)
Attorneys for Plaintiffs
251 West 14th Street, 5th Floor
New York, NY 10011
Tel: (212) 860-9169
Fax: (917) 421-9387

THE LAW OFFICE OF
McCULLOH & WEISS, LLC

_____
William McCulloh
The Law Office of McCulloh & Weiss
868 Little Neck Road
West Babylon, NY 11704
Tel: (631) 422-1500
Fax: (631) 422-1559

09/05/2007  12:13  6314221559        MCCULLOH & WEISS                PAGE  02/02

SO ORDERED:

_____ 9/18/2007
Judge Laura Taylor Swain
U.S.D.J.