UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAFAEL CARREON                                      :

        Plaintiff,                                  :

        -against-                                   :

                                                             ORDER
BEM BOLADO FOOD CORP., ET AL.,             :     07 cv 3633 (LTS)(KNF)

        Defendants.                                 :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that:

(1)    a settlement conference shall be held in the above-captioned action on October 30, 2007, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York;

(2)    the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at: http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York           SO ORDERED:
      October 3, 2007

                                                                     _____
                                                                     KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/07