**The Law offices of McCulloh & Weiss, LLC.**

**MEMO ENDORSED**

William C. McCulloh, ESQ.
Stacy L. Weiss, ESQ.
www.mccullohandweisslaw.com

Main Office
110 East 59th Street, 23rd Floor
New York, NY 10022
Tel: 212-521-0828
Fax: 212-521-0826

868 Little East Neck Road
West Babylon, NY 11704
Tel: 631-422-1500
Fax: 631-422-1559



OCT 25 2007
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAG...

Honorable Magistrate Kevin Nathaniel Fox
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

October 23, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

RE:   Carreon v. Bem Bolado
      Docket No.: 07 CV 3633

Dear Judge Fox,

The parties in the above mentioned matter are scheduled for a settlement conference before your Honor on Tuesday October 30, 2007 at 2:30 PM. Both counsels have begun the discovery process and have communicated with each other regarding the issues of this action. However, both parties need additional time to review and respond to the voluminous discovery provided in order to participate in the settlement conference. Accordingly, it is respectfully requested with consent of both counsels that the settlement conference be adjourned to one of the following afternoon dates, whichever is most convenient for the court: November 13th, 14th, or December 5th, 2007.

10/25/07
The settlement conference shall be held on December 17, 2007, at 2:30 p.m.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

William C. McCulloh, Esq.

Justin A. Zeller, Esq.