THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
JAZELLER@ZELLERLEGAL.COM

January 17, 2008



**VIA FAX**

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Carreon v. Bem Bolado et.al.</u>
Docket No. 07 cv 3633 (SHS)(FM)

Dear Judge Swain:

The undersigned is counsel to Plaintiff in the above referenced matter. On December 20, 2008 Your Honor discontinued the above action. The Court issued the attached Order of Discontinuance allowing the parties to restore the case within thirty (30) days.

Due to some complications in finalizing the settlement agreement, I respectfully request that the above matter either (1) be restored to the Court's calendar, or (2) <u>that the Court kindly extend the restoration date by an additional thirty days</u>. Opposing counsel has consented to an additional 30-day period of time in which to finalize the settlement agreement before this case is dismissed.

I thank the Court for Its time.

Respectfully submitted,

Justin A. Zeller

Encl.
Cc: William McCulloh
The Law Offices of McCulloh & Weiss, LLC
Fax: 631.422.1559

*The provisions of the December 19, 2007, Order of discontinuance are extended through February 19, 2008.*
**SO ORDERED.**

LAURA TAYLOR SWAIN   1/18/2008
UNITED STATES DISTRICT JUDGE